UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG HUITING,<br><br>           Plaintiff,<br><br>   v.<br><br>ALEJANDRO MAYORKAS,<br><br>           Defendant. | Case No. CV 21-05105-FMO (RAOx)<br><br>ORDER DISMISSING COMPLAINT |

      On June 23, 2021, Plaintiff Zhang Huiting ("Plaintiff") filed a complaint and a request to proceed *in forma pauperis* ("IFP Request"). Dkt. Nos. 1, 3. After review of the IFP Request, the Court determined that it needed further information to assess Plaintiff's ability to pay the filing fees. Dkt. No. 5. On July 8, 2021, the Court directed Plaintiff to fill out a long form IFP request by July 29, 2021. *Id.* Plaintiff did not file a long form IFP request or otherwise respond to the Court's July 8, 2021 order. On August 16, 2021, the Court denied the IFP Request. Dkt. No. 6. The Court ordered Plaintiff to pay the filing fees in full within 30 days or the case would be dismissed.

///

///

///

The deadline for paying the filing fees has passed, and Plaintiff has failed to do so. Accordingly, IT IS ORDERED that this case is DISMISSED without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 5, 2021

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE