JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG HUITING, | Case No. CV 21-05105-FMO (RAOx) |
| Plaintiff, | |
| v. | JUDGMENT |
| ALEJANDRO MAYORKAS, | |
| Defendant. | |

In accordance with the Order Dismissing Complaint issued concurrently herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED without prejudice.

DATED: October 5, 2021

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE